# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# (BID PROTEST)

| | |
|---|---|
| **HARMONIA HOLDINGS GROUP, LLC,** *Plaintiff,* v. **UNITED STATES,** *Defendant.* | Case No. 1:24-cv-00981-RTH<br>Judge Ryan T. Holte |

### NOTICE OF CHANGE OF CONTACT INFORMATION

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to the United States Court of Federal Claims Rule 83.1(c)(3)(C), please be advised that the contact information for Jon D. Levin, counsel of record for Plaintiff Harmonia Holdings Group, LLC has been changed to the following:

> Jon D. Levin
> Womble Bond & Dickinson (US) LLP
> 200 West Side Square, Suite 950
> Huntsville, Alabama 35801
> (256) 834-8646
> Jon.Levin@wbd-us.com

The change of address is effective on the 1st day of July, 2024

Dated: July 1, 2024

Respectfully submitted,

/s/ Jon D. Levin
Jon D. Levin

**OF COUNSEL:**

WOMBLE BOND & DICKINSON (US) LLP
200 West Side Square, Suite 950
Huntsville, Alabama 35801
(256) 834-8646
Jon.Levin@wbd-us.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all the parties who have appeared in this matter.

/s/ Jon D. Levin
Of Counsel
