# In the United States Court of Federal Claims

No. 24-981

(Filed: 8 July 2024)

```
*****************************************
HARMONIA HOLDINGS GROUP, LLC,           *
                                        *
                Plaintiff,              *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                Defendant,              *
                                        *
and                                     *
                                        *
GENERAL DYNAMICS INFORMATION            *
TECHNOLOGY, INC.,                       *
                                        *
                Defendant-Intervenor.   *
                                        *
*****************************************
```

## ORDER

On 3 July 2024, the parties filed a joint status report proposing a briefing schedule. 3 July 2024 JSR, ECF No. 18. On 8 July 2024, the Court held a sealed telephonic status conference. *See* Order, ECF No. 10. The parties noted no stay of the contract was needed. The parties agreed to the parties' proposed briefing schedule. *See* 3 July 2024 JSR.

Accordingly, the Court **ADOPTS** the parties' proposed briefing schedule:

| Event | Date |
|---|---|
| The government files administrative record using a file-sharing program | 17 July 2024 |
| Plaintiff files its motion for judgment on the administrative record (and amended complaint if applicable) | 31 July 2024 |
| Government and Intervenor file their cross-MJARs and responses to plaintiff's MJAR | 14 August 2024 |
| Plaintiff files its reply in support of its MJAR and response to the government and intervenor's cross-MJARs. Plaintiff may file up to 40 pages. | 26 August 2024 |

| The government and intervenor file their replies in support of their cross-MJARs | 9 September 2024 |
|---|---|
| Parties will file under seal a joint compendium of all pages from the administrative record used in their MJARs; no redacted version required to be filed. | 20 September 2024 |
| Oral Argument | October |

At the status conference, plaintiff requested an enlargement of pages—up to 40 pages—in filing its reply in support of its MJAR and response to cross-MJARs given plaintiff anticipates replying to both the government's and defendant-intervenor's cross-MJARs and responses. As the government and defendant-intervenor did not object to this request for an enlargement of pages, the Court **GRANTS** plaintiff's request for an enlargement of pages and may file up to 40 pages in filing its reply in support of its MJAR and response to the government and intervenor's cross-MJARs.

Further, the Court, following the status conference and agreement by the parties, orders the following:

- The government **SHALL FILE** the administrative record through a file-sharing program with notice of filing on ECF **on or before 17 July 2024** in accordance with Appx. C of the Rules of the Court of Federal Claims (RCFC). *See* Appx. C, RCFC; *see also* U.S. COURT OF FEDERAL CLAIMS, NOTICE OF PROPOSED AMENDMENTS TO RULES (3 June 2024) (updating RCFC Appx. C related to filing the administrative record).
- The government will also deliver the sealed administrative record via thumb drive to Clerk's Office **within seven days after final judgment.** *See id.* The administrative record does not need to later be filed publicly with redactions and is excluded from Paragraph 12 of the Protective Order in this case.
- The parties **SHALL FILE** under seal a joint appendix of all citations to the administrative record used in motions for judgment on the administrative record on or before **20 September 2024.** The parties need not file a redacted version of the joint appendix or the administrative record.
- The Court **UNSEALS** the 8 July 2024 status conference given the parties' agreement at the status conference.

**IT IS SO ORDERED.**

s/ Ryan T. Holte  
RYAN T. HOLTE  
Judge