# United States Court of Federal Claims
### 717 MADISON PLACE, NW
### WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

August 16, 2024

Mr. Kwasi Antwi
HRSA/Office of Acquisition Management and Policy
5600 Fishers Lane
Parklawn Building, Rm. 14W26
Rockville, MD 20857

*In re:* **Harmonia Holdings Group, LLC v. United States and General Dynamics Information Technology, Inc.;** *Case No. 24-981 C*

Dear Mr. Antwi:

On August 13, 2024, Judge Ryan T. Holte entered an Order in the above-referenced case, remanding it to the United States Department of Health and Human Services, Health and Resources Administration ("HRSA"), for further proceedings, until October 14, 2024.

In accordance with Rule 52.2(b)(2) of the Rules of the United States Court of Federal Claims (RCFC), please find enclosed, a certified copy of the above-referenced Order. (A copy of the rule is also included for your convenience.) Please take note of the requirement of RCFC 52.2(d) regarding service of the final decision for filing with the court. If you have any questions, please feel free to contact the Clerk's Office at (202) 357-6406.

Sincerely,

*Lisa L. Reyes*

Lisa L. Reyes
Clerk of Court

Enclosures
cc: *via CM/ECF only*
   Judge Ryan T. Holte
   Jon D. Levin, Esquire
   Matthew Lewis, Esquire